**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**BRIAN BUTTON,**

                **Plaintiff,**

     **v.**                                        **9:11-CV-472**

**MICHELLE PARSONS, et al.,**

                **Defendants.**
_____

**APPEARANCES:**                                 **OF COUNSEL:**

**Brian Button**
**Plaintiff,** *pro se*

**Smith, Sovik Law Firm**                     **Daniel R. Ryan, Esq.**
**250 South Clinton Street**
**Suite 600**
**Syracuse, NY 13202-1252**
**Counsel for Defendants Michelle Parsons**
 **and Correctional Medical Care**

**NORMAN A. MORDUE, U. S. DISTRICT JUDGE**

## ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge Andrew T. Baxter, duly filed on the 17th day of January 2012. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The defendants' motion to dismiss (Dkt. No. 12) is granted, and plaintiff's claims are dismissed in its entirety as to all defendants.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.  Plaintiff shall be served by certified mail, return receipt requested.

**IT IS SO ORDERED.**

Dated: February 9, 2012
        Syracuse, New York

_____
Honorable Norman A. Mordue
U.S. District Judge